# IN THE SUPREME COURT OF PENNSYLVANIA

RE: APPOINTMENT TO JUDICIAL : No. 644
:
CONDUCT BOARD : SUPREME COURT RULES DOCKET

## O R D E R

**PER CURIAM:**

AND NOW, this 14th day of August, 2014, James C. Schwartzman, Esquire, Philadelphia, is hereby appointed as a member of the Judicial Conduct Board for a term of four years commencing August 16, 2014.